| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 4398253 | DATE 10/16/2024 |
|---|---|---|---|---|
| **NAME** WATSON, Aaron | **OFFICER** Alexis Thomas | **JUDGE** Laurie J. Michelson | | **DOCKET #** 23-CR-20104-01 |

| ORIGINAL SENTENCE DATE 04/18/2018 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY V | TOTAL OFFENSE LEVEL 25 | PHOTO |
|---|---|---|---|---|
| COMMENCED 10/28/2022 | | | | |
| EXPIRATION 10/27/2027 | | | | |

| ASST. U.S. ATTORNEY Benjamin Coates | DEFENSE ATTORNEY To Be Determined |
|---|---|

| REPORT PURPOSE |
|---|
| **TO ISSUE A WARRANT TO BE LODGED AS A DETAINER** |

| ORIGINAL OFFENSE |
|---|
| Count 1: 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute an amount of Cocaine Base |

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 72 months as to count 1, to be followed by a five (5) year term of supervised release.

Name of Sentencing Judicial Officer: Honorable John R. Adams, Northern District of Ohio. Jurisdiction accepted by the Honorable Laurie J. Michelson on February 16, 2023.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in an approved program of substance abuse testing and/or outpatient or inpatient substance abuse treatment as directed by their supervising officer; and abide by the rules of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing.
2. You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
3. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

Page **1** of **3**

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 4398253 | DATE 10/16/2024 |
|---|---|---|---|---|
| NAME WATSON, Aaron | OFFICER Alexis Thomas | JUDGE Laurie J. Michelson | | DOCKET # 23-CR-20104-01 |

4. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Criminal Monetary Penalty: Special Assessment $100.00 (paid).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."<br><br>On September 5, 2024, Ohio State Highway Patrol conducted a traffic stop on a vehicle driven by WATSON. During the traffic stop, WATSON consented to a search of his person. A plastic bag was located with cocaine which was originally concealed in WATSON's pants. The plastic bag fell onto the ground while WATSON was being searched. WATSON attempted to conceal the evidence by stepping on it. A presumptive test was conducted to test validity of the contents of the bag. The contents were confirmed positive for the presence of cocaine. The gross weight of the plastic bag with cocaine was 14.81 grams.<br><br>WATSON was arrested on September 5, 2024, and charged with Possession of Cocaine. He is currently still in custody in Medina County Jail (Ohio). On September 12, 2024, WATSON was indicted by a Grand Jury on Docket# 24-CR-0573. WATSON next appears for Jury Trial scheduled for November 18, 2024. The case is presided by Honorable William F. Hutson. |
| 2 | **Violation of Standard Condition:** "YOU MUST NOT KNOWINGLY LEAVE THE FEDERAL JUDICIAL DISTRICT WHERE YOU ARE AUTHORISED TO RESIDE WITHOUT FIRST GETTING PERMISSION FROM THE COURT OR THE PROBATION OFFICER."<br><br>On September 5, 2024, Ohio State Highway patrol conducted a traffic stop on a vehicle drive by WATSON. At no time did WATSON seek permission to travel from this probation officer or the court. |
| 3 | **Violation of Standard Condition:** "THE DEFENDANT SHALL ANSWER TRUTHFULLY ALL INQUIRIES BY THE PROBATION OFFICER AND FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER."<br><br>On August 12, 2024, WATSON was questioned about the validity of his employment status. He advised he had not been employed at Dakkota Integrated Systems since April 2024 but was reporting he was still employed to probation. |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 4398253 | DATE 10/16/2024 |
|---|---|---|---|---|
| NAME WATSON, Aaron | OFFICER Alexis Thomas | JUDGE Laurie J. Michelson | | DOCKET # 23-CR-20104-01 |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Alexis Thomas/slg 313-234-5433 | DISTRIBUTION Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Christina R. Wilkerson 313-234-5460 | PROBATION ROUTING Data Entry |

**THE COURT ORDERS:**

[X] The issuance of a warrant to be lodged as a detainer with (Medina County Jail).

[ ]    Other

    s/Laurie J. Michelson
    United States District Judge

    10/18/2024
    Date

Page **3** of **3**